| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| MICHAEL EDWARD BRENNAN | : | |
| a/k/a MICHAEL E. BRENNAN | : | |
| a/k/a MICHAEL BRENNAN, | : | |
|     Debtor | : | CASE NO. 5-24-bk-02336-MJC |
| | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     Movant | : | |
| | : | |
| | : | |
|     vs. | : | |
| | : | MOTION TO DISMISS |
| | : | |
| MICHAEL EDWARD BRENNAN | : | |
| a/k/a MICHAEL E. BRENNAN | : | |
| a/k/a MICHAEL BRENNAN, | : | |
|     Respondent | : | |

**TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE**

AND NOW, this 11ᵗʰ day of March, 2026, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his attorney Agatha R. McHale, Esquire, hereby moves this Honorable Court to dismiss the above-captioned Chapter 13 bankruptcy case with prejudice in accordance with 11 U.S.C. §1307(c) due to material default by the debtor(s) with respect to the terms of the plan and in support thereof, states as follows:

1.      On September 17, 2024, Debtor filed a Petition under Chapter 13 of the Bankruptcy Code. (ECF No. 1).

2.      In addition to the petition filed in this case, Debtor filed petitions docketed to the following cases:

Case Number: 24-00091
Filing Date: 1/15/2024        Date Dismissed: 06/06/24
Result: DISMISSED FAILURE TO FILE CONFIRMABLE PLAN

Case Number: 19-04450
Filing Date: 10/14/19              Date Dismissed: 4/20/23
Result: DISMISSED FAILURE TO MAKE PLAN PAYMENTS

3.      Movant believes and therefore avers, under the totality of the circumstances, Debtor

has demonstrated a substantial abuse and a lack of good faith in the filing of (2) prior Chapter 13

petitions within an approximate 5-year period that this Court dismissed prior to completion and

filed the current petition thereafter.

WHEREFORE, Movant requests this Honorable Court to:

1.      Dismiss this case in accordance with 11 U.S.C. §1307(c); and

2.      Dismiss this case with prejudice with regard to Debtor (s) filing a

subsequent petition under the Bankruptcy Code in this district without prior

leave of this Court for a period of 180 days from the entry of this dismissal.

Respectfully submitted,

Date: March 11, 2026                    /s/ Agatha R. McHale, Esquire
                                        Attorney for Trustee
                                        Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA 17036
                                        Phone: (717) 566-6097
                                        Email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| MICHAEL EDWARD BRENNAN | : | |
| a/k/a MICHAEL E. BRENNAN | : | |
| a/k/a MICHAEL BRENNAN, | : | |
| Debtor | : | CASE NO. 5-24-bk-02336-MJC |
| | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE, | : | |
| Movant | : | |
| | : | |
| | : | |
| vs. | : | |
| | : | MOTION TO DISMISS |
| | : | |
| MICHAEL EDWARD BRENNAN | : | |
| a/k/a MICHAEL E. BRENNAN | : | |
| a/k/a MICHAEL BRENNAN, | : | |
| Respondent | : | |

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania filed a Motion to Dismiss with Prejudice for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion as indicated below. For any matter not resolved you MUST attend the hearing.

U.S. Bankruptcy Court                          Date: 04/16/2026
Max Rosenn U.S. Courthouse                     Time: 10:00AM
197 S. Main Street
Wilkes-Barre, PA 18701

You MUST attend the hearing unless the matter is settled by one of the following having taken place prior to the hearing.

1.     You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $6,666.00**
**AMOUNT DUE FOR THIS MONTH: $1,926.00**
**TOTAL AMOUNT DUE BEFORE HEARING DATE: $8,592.00**

**NOTE:**

        **ALL payments must be made by CERTIFIED CHECK OR MONEY ORDER. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED**

        **DO NOT send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and may result in dismissal of your case.**

        **Mail payments by U.S. First Class Mail to: JACK N. ZAHAROPOULOS, CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-60008**

2.      You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3.      You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL WITH PREJUDICE OF YOUR CASE.**

        Respectfully submitted,

Date: March 11, 2026        /s/ Agatha R. McHale, Esquire
        Attorney for Trustee
        Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        Phone: (717) 566-6097
        Email: amchale@pamd13trustee.com

IN RE                                          :        CHAPTER 13
MICHAEL EDWARD BRENNAN                          :
a/k/a MICHAEL E. BRENNAN                        :
a/k/a MICHAEL BRENNAN,                          :
     Debtor                               :        CASE NO. 5-24-bk-02336-MJC
                                               :
                                               :
JACK N. ZAHAROPOULOS                            :
CHAPTER 13 TRUSTEE,                             :
     Movant                               :
                                               :
                                               :
    vs.                                  :
                                               :        MOTION TO DISMISS
                                               :
MICHAEL EDWARD BRENNAN                          :
a/k/a MICHAEL E. BRENNAN                        :
a/k/a MICHAEL BRENNAN,                          :
     Respondent                           :

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 11, 2026, I served a copy

of this Motion to Dismiss, Notice, and Proposed Order on the following parties from

Hummelstown, PA, unless served electronically:

### SERVED ELECTRONICALLY

United State Trustee                     Tullio DeLuca, Esquire
1501 North 6th Street                    4113 Birney Avenue
P.O. Box 302                             Suite 2
Harrisburg, PA 17102                     Moosic, PA 18507

### SERVED BY FIRST CLASS MAIL

Michael Edward Brennan
245 Kirkham Road
Bushkill, PA 18324

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 10, 2026

/s/ Ashley Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com