IN RE:    MICHAEL EDWARD
BRENNAN

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| JACK N. ZAHAROPOULOS CHAPTER 13 TRUSTEE Movant | |
| vs. | CASE NO: 5-24-02336-MJC |
| MICHAEL EDWARD BRENNAN | |
| Respondent(s) | |

## **WITHDRAWAL OF TRUSTEE'S FINAL REPORT**

AND NOW, on August 6, 2026, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and requests that the Trustee's Final Report filed on July 31, 2026, be withdrawn due to having been filed in error.

Respectfully submitted,

/s/    Agatha R. McHale, Esquire
ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MICHAEL EDWARD
BRENNAN

                    Debtor(s)                          CHAPTER 13

        JACK N. ZAHAROPOULOS
        CHAPTER 13 TRUSTEE
                    Movant                             CASE NO: 5-24-02336-MJC

        vs.

        MICHAEL EDWARD
        BRENNAN

                    Respondent(s)


## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 6, 2026, I served a copy of this Withdrawal on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically
TULLIO DELUCA, ESQUIRE
4113 BIRNEY AVENUE
SUITE 2
MOOSIC, PA  18507

Served by First Class Mail
MICHAEL EDWARD BRENNAN
245 KIRKHAM ROAD
BUSHKILL, PA  18324

I certify under penalty of perjury that the foregoing is true and correct.

Date:  August 6, 2026                    /s/  Donna Schott
                                         Office of the Standing Chapter 13 Trustee
                                         Jack N. Zaharopoulos
                                         Suite A, 8125 Adams Dr.
                                         Hummelstown, PA  17036
                                         Phone:  (717) 566-6097
                                         email: info@pamd13trustee.com