UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    MICHAEL EDWARD BRENNAN
        Debtor

JACK N. ZAHAROPOULOS
STANDING CHAPTER 13 TRUSTEE
        Movant

MICHAEL EDWARD BRENNAN
        Respondent

CHAPTER 13

CASE NO. 5:24-BK-02336-MJC

## CERTIFICATION OF DEFAULT

AND NOW on August 07, 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- Amend the Plan within 14 days curing arrears.

As of August 07, 2026, the Debtor is $14,666.00 in arrears. a plan payment having never been made.

In accordance with said stipulation, the case may be dismissed.

Date: August 07, 2026

Respectfully submitted,

*/s/ Agatha R. McHale, Esquire*
ID: 47613
Attorney for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                            CHAPTER 13
    MICHAEL EDWARD BRENNAN
        Debtor                                    CASE NO. 5:24-BK-02336-MJC

    JACK N. ZAHAROPOULOS
    STANDING CHAPTER 13 TRUSTEE
        Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 07, 2026, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically
TULLIO DELUCA, ESQUIRE
4113 BIRNEY AVENUE
SUITE 2
MOOSIC, PA  18507

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG, PA  17102

Served by First Class Mail
MICHAEL EDWARD BRENNAN
245 KIRKHAM RD.
BUSHKILL, PA  18324

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 07, 2026                    */s/ Ashley Schott*
                                         Office of the Standing Chapter 13 Trustee
                                         Jack N. Zaharopoulos
                                         8125 Adams Drive, Suite A
                                         Hummelstown, PA  17036
                                         Phone: (717) 566-6097
                                         email: info@pamd13trustee.com