THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

*****************************************************************************

| | | |
|---|---|---|
| IN RE: | : | |
| MICHAEL EDWARD BRENNAN | : | CHAPTER 13 |
| Debtor . | : | CASE NO. 5-24-02336 |

***************************************************************************** ***************************

**OBJECTION TO CERTIFICATION OF DEFAULT**

*****************************************************************************************************

NOW COMES, Michael Edward Brennan, the above Debtor, by and through his counsel, Tullio DeLuca, Esq., and files this Objection to Certification of Default and states the following:

1. On December 05, 2024 the Court issued an Order directing the Debtor to file an amended Plan in fourteen (14) days.

2. On August 8, 2026, Jack N. Zaharopoulos, Esq. filed a Certificate of Default stating that the Debtor has failed to file an amended Plan.

3. Debtor's Counsel is in the process of obtaining the required information to prepare and file an Amended Plan. An Amended Plan will be filed with the Court shortly.

4. The Debtor requests that a hearing be scheduled on the Objection to the Certificate of Default.

WHEREFORE, the Debtor respectfully requests that this Honorable Court sustain the Objection to the Certification of Default and deny the dismissal of the Chapter 13 Case.

Respectfully submitted,

Date: August 10, 2026

/s/Tullio DeLuca

Tullio DeLuca, Esquire
PA ID #59887
Counsel for Debtor
4113 Birney Ave., Suite 2
Moosic, Pa 18507

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

****************************************************************************

| | | |
|---|---|---|
| IN RE: | : | |
| MICHAEL EDWARD BRENNAN | : | CHAPTER 13 |
| Debtor . | : | CASE NO. 5-24-02336 |

****************************************************************************

## CERTIFICATE OF SERVICE

****************************************************************************

The undersigned hereby certifies that on August 10, 2026, he caused a true and correct copy of Debtor's Objection to Certification of Default to be served Via electronic filing on the following CM/ECF participants:

Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

Date of Mailing: August 10, 2026 /s/Tullio DeLuca
Tullio DeLuca, Esquire