Certificate Number: 15317-PAM-DE-041383598

Bankruptcy Case Number: 24-02336

15317-PAM-DE-041383598

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 29, 2026, at 10:36 o'clock AM PDT, Michael E Brennan completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 29, 2026

By: /s/Marvin Dela Cruz

Name: Marvin Dela Cruz

Title: Credit Counselor