United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Michael Edward Brennan
Debtor

Case No. 24-02336-MJC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5 | User: AutoDocke | Page 1 of 3
Date Rcvd: Sep 04, 2026 | Form ID: pdf010 | Total Noticed: 37

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Michael Edward Brennan, 245 Kirkham Rd., Bushkill, PA 18324-8153 |
| 5694928 | + | Christopher L. Potter, SSA, OGC, Office of Program Lit Bankruptcy, 6401 Security Blvd., Baltimore, MD 21235-0001 |
| 5653610 | #+ | Fay Servicing, P.O. Box 220720, Chicago, IL 60622-0720 |
| 5653613 | + | Heller's Gas, 500 North Poplar Street, Berwick, PA 18603-1526 |
| 5659834 | + | Heller's Gas, c/o R. Sypech, PO Box 444, Berwick, PA 18603-0444 |
| 5653622 | | Pike County Tax Claim Bureau, Administration Bldg., 506 Broad St., Milford, PA 18337-1596 |
| 5653624 | | Saw Creek Estates Com. Assoc, 1125 Saw Creek Estate, Bushkill, PA 18324 |
| 5670131 | + | Saw Creek Estates Community Association, c/o Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5653626 | | USAO Southern Dist of New York, One Aitne Andrew's Plaza, First Floor, New York, NY 10007 |
| 5670952 | | Wilmington Trust et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 04 2026 18:48:00 | Wilmington Savings Fund Society, FSB, not in its i, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Sep 04 2026 18:46:06 | Mission Lane LLC by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5653606 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 04 2026 18:46:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5653607 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 04 2026 18:48:00 | Comenity Bank/Bealfl, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5653608 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 04 2026 18:48:00 | Comenity Capital/Lands End, 3075 Loyalty Circle, PO Box 182120, Columbus, OH 43218-2120 |
| 5653609 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 04 2026 18:48:00 | Comenity Capital/NFLVS, PO Box 182120, Columbus, OH 43218-2120 |
| 5726669 | | Email/Text: ECF@fayservicing.com | Sep 04 2026 18:48:00 | Wilmington Savings Fund Society, FSB, et al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 5726670 | | Email/Text: ECF@fayservicing.com | Sep 04 2026 18:48:00 | Wilmington Savings Fund Society, FSB, et al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609, Wilmington Savings Fund Society, FSB, et |
| 5653611 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 04 2026 18:46:11 | First Premier Bank, P.O. Box 5524, Sioux Falls, |

| | | | | |
|---|---|---|---|---|
| | | | | SD 57117-5524 |
| 5653612 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 04 2026 18:48:00 | Fortiva MC/TBom, 5 Concourse Parkway, Atlanta, GA 30328-5350 |
| 5653614 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 04 2026 18:48:00 | IC System, Inc., 444 Hwy. 96 East, P.O. Box 5893, St. Paul, MN 55127-2557 |
| 5653615 | ^ | MEBN | Sep 04 2026 18:42:12 | KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 5653616 | | Email/Text: tullio.deluca@verizon.net | Sep 04 2026 18:48:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5653617 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2026 18:46:11 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 5658732 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2026 18:46:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5655871 | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 04 2026 18:48:00 | Wilmington Savings Fund Society, FSB, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5653618 | | Email/Text: BankruptcyEast@firstenergycorp.com | Sep 04 2026 18:48:00 | Met-Ed, P.O. Box 16001, Reading, PA 19612-6001 |
| 5653620 | | Email/Text: ml-ebn@missionlane.com | Sep 04 2026 18:48:00 | Mission Lane Tab Bank, 101 2nd Street, Suite 350, San Francisco, CA 94105 |
| 5653621 | ^ | MEBN | Sep 04 2026 18:42:06 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5659529 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Sep 04 2026 18:48:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5669851 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 04 2026 18:46:06 | Mission Lane LLC, by AIS Infosource, LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5653623 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 04 2026 18:46:11 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 5655281 | | Email/Text: bnc-quantum@quantum3group.com | Sep 04 2026 18:48:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5653625 | + | Email/Text: ssa.bankruptcy@ssa.gov | Sep 04 2026 18:48:00 | Social Security Administration, Mid-Atlantic Prgm. Srvc. Ctr., 300 Spring Garden Center, Philadelphia, PA 19123-2924 |
| 5694929 | + | Email/Text: ssa.bankruptcy@ssa.gov | Sep 04 2026 18:48:00 | Social Security Administration, SSA, OGC, Office of Program Lit Bankruptcy, 6401 Security Blvd., Baltimore, MD 21235-0001 |
| 5663209 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 04 2026 18:46:05 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5653627 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Sep 04 2026 18:46:00 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5655872 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Wilmington Savings Fund Society, FSB, not in its, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5653619 | *+ | Michael Edward Brennan, 245 Kirkham Rd., Bushkill, PA 18324-8153 |
| 5668372 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Laura Egerman | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee for the NRPL Trust 2018-1 laura.egerman@mccalla.com, legerman@rasnj.com;ras@ecf.courtdrive.com;mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee for the NRPL Trust 2018-1 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Tullio DeLuca | on behalf of Debtor 1 Michael Edward Brennan tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

| | |
|---|---|
| **Michael Edward Brennan**<br>**aka Michael E. Brennan**<br>**aka Michael Brennan**<br>**Debtor 1** | **Chapter: 13**<br><br>**Case No.: 5:24-bk-02336-MJC** |
| **Jack N. Zaharopoulos,**<br>**Trustee**<br>**Movant(s)**<br>**vs.**<br><br>**Michael Edward Brennan**<br>**Respondent(s)** | |

**ORDER DISMISSING CASE**

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 64, Debtor's Objection filed in response thereto, Doc. 65, after a hearing held on September 3, 2026, and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the Debtor be and it is hereby **DISMISSED**.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: September 4, 2026